UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal No. 04-30048-MAP |
| | ) |
| | ) Violations: |
| | ) |
| | ) 18 U.S.C. §922(k) - |
| v. | ) Unlawful Possession of a |
| | ) Firearm with an Obliterated |
| | ) Serial Number |
| | ) |
| | ) 21 U.S.C. § 841 - |
| | ) Unlawful Distribution of a |
| | ) Controlled Substance |
| | ) |
| | ) 21 U.S.C. § 860 - |
| FRANCISCO TORRES, | ) Unlawful Distribution of a |
| Defendant | ) Controlled Substance within |
| | ) 1000' of a School Zone |
| | ) |
| | ) 18 U.S.C. § 2 - |
| | ) Aiding and Abetting |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   Title 18, United States Code, Section 922(k) (Unlawful Possession of a Firearm with an Obliterated Serial Number)

On or about February 18, 2004, in Springfield, in the District of Massachusetts,

FRANCISCO TORRES,

defendant herein, did knowingly and intentionally possess, in and affecting interstate commerce, the following firearm:

*22LR caliber Bryco/Jennings model J-22 semiautomatic pistol*

The Defendant knew that the firearm's serial number was removed, obliterated, and altered, at the time the defendant possessed the firearm.

All in violation of Title 18, United States Code, Section 922(k).

**COUNT TWO**:     **Title 21, United States Code, Section 841 (Unlawful Distribution and Possession with Intent to Distribute a Controlled Substance (Cocaine)); Title 18, United States Code, Section 2 (Aiding and Abetting)**

On or about February 4, 2004, in Springfield, in the District of

Massachusetts,

**FRANCISCO TORRES**,

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT THREE**: Title 21, United States Code, Section 841 (Unlawful Distribution and Possession with Intent to Distribute a Controlled Substance (Cocaine)); Title 18, United States Code, Section 2 (Aiding and Abetting)

On or about April 28, 2004, in Springfield, in the District of Massachusetts,

**FRANCISCO TORRES**,

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1); and Title 18, United States Code, Section 2.

<u>**COUNT FOUR**</u>:    **Title 21, United States Code, Section 860 (Unlawful Distribution and Possession with the intent to Distribute a Controlled Substance (Cocaine) within 1000' of a School); Title 18, United States Code, Section 2 (Aiding and Abetting)**

On or about February 4, 2004, in Springfield, in the District of Massachusetts,

**FRANCISCO TORRES,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within 1000 feet of the Brightwood Elementary School.

All in violation of Title 21, United States Code, Section 860; and Title 18, United States Code, Section 2.

**COUNT FIVE:**   **Title 21, United States Code, Section 860 (Unlawful Distribution and Possession with the Intent to Distribute a Controlled Substance (Cocaine) within 1000' of a School); Title 18, United States Code, Section 2 (Aiding and Abetting)**

On or about April 28, 2004, in Springfield, in the District of Massachusetts,

**FRANCISCO TORRES,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride , a Schedule II controlled substance within 1000 feet of the Brightwood Elementary School.

All in violation of Title 21, United States Code, Section 860; and Title 18, United States Code, Section 2.

**COUNT SIX:**   Title 21, United States Code, Section 841 (Unlawful Distribution and Possession with Intent to Distribute of a Controlled Substance (MDMA HCL)); Title 18, United States Code, Section 2 (Aiding and Abetting)

On or about February 4, 2004, in Springfield, in the District of Massachusetts,

**FRANCISCO TORRES,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methylenedioxyamphetamine (MDMA) hydrochoride (HCL), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT SEVEN**: **Title 21, United States Code, Section 860 (Unlawful Distribution and Possession with the Intent to Distribute a Controlled Substance (MDMA HCL) within 1000' of a School); Title 18, United States Code, Section 2 (Aiding and Abetting)**

On or about February 4, 2004, in Springfield, in the District of Massachusetts,

**FRANCISCO TORRES,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methylenedioxyamphetamine (MDMA) hydrochoride (HCL), a Schedule I controlled substance within 1000 feet of the Brightwood Elementary School.

All in violation of Title 21, United States Code, Section 860; and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: October 12, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT