AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   _____

U.S.A.

Torres Francisco

**APPEARANCE**

Case Number:

04-3048 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

___10/22/04___  
Date

___V.A. Bongiorni___  
Signature

V. A Bongiorni  
Print Name

95 State  
Address

Spfield MA   01103  
City         State    Zip Code

(413) 732-0222  
Phone Number