UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S...

UNITED STATES OF AMERICA )
)
vs.                      ) NO. 3:04-mj-646
)
FRANCISCO TORRES         )

U.S. DISTRICT COURT
DISTRICT OF MA...

### DEFENDANT'S MOTION FOR PRESENTENCE REPORT

Now comes the defendant, Francisco Torres, by and through counsel, and moves this Honorable Court for an order pursuant to Fed. Rules Crim. Procedure Rule 12(b)(2), 32(b)(2) and Title 18 U.S.C. sec. 3552 (B) directing the Probation Department of this court to prepare a partial pre-sentence report pretrial and asserts as his basis for this request, the following:

1. Defendant, Torres, is charged in Count 4,5 and 7 with violations of Title 21 sec. 860 distribution of a controlled substance within 1000 feet of a school zone. Section 860 reads in pertinent part... "except to the extent a greater minimum sentence is otherwise provided by section 841(b) of this title, a [person shall be sentenced under this subdivision to a term of imprisonment of not less than one year".

Upon information and belief defendant, Torres, has no prior criminal record. A plea to the indictment with a two level departure for acceptance of responsibility would result in the defendant having an offense level 10 in zone B of the sentencing guidelines with a sentence range of 6-12 months.

The Probation Department of this Court has preliminarily informed counsel for defendant and the government of its belief that U.S.S.G. sec 5.G.1.1 does not permit the substitute punishments listed in sec. 5.C.1.1 to be imposed for school zone violations.

Ordinarily a sentence within this guideline range in zone B may be satisfied by home detention and/or community custody in lieu of imprisonment. See U.S.S.G. 5.C.1.1 (c)(2) and (e)(1)(2).

Upon information and belief there is as yet no juris prudence within this circuit which has determined whether the policy position of the Probation Department is valid as a matter of law.

This issue is capable of resolution upon a hearing on defendant's motion after the preparation of a limited presentence investigation.

A resolution of this issue would likely resolve this indictment by way of a plea and provide guidance with respect to further prosectuion.

WHEREFORE, the defendant moves this court for the preparation of presentence investigation pretrial and for further hearing upon defendant's motion upon the completion of a presentence investigation.

Counsel for defendant has conferred with counsel for the government who does not oppose the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, United States District Court, 1550 Main Street, Springfield, MA., 01103 this 2nd day of November, 2004.

_____
Vincent A. Bongiorni