UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. 04-30048-MAP |
| v. | ) |
| | ) |
| FRANCISCO TORRES | ) |
| Defendant. | ) |

## THE GOVERNMENT'S AND THE DEFENDANTS' STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Vincent Bongiorni, counsel for Defendant, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. The defendant has not yet requested additional discovery. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). Accordingly, the parties agree that it is appropriate for the Court to establish dates for response by the parties.

3. The parties agree that it is premature for a motion

date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(1)(f), 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

5. The parties have engaged in attempting to resolve this case through a change of plea. On November 15, 2004, Judge Michael Ponsor allowed Defendant's Motion for Pre-Plea Presentence Report. Once the presentence report is completed, the parties will be able to make a more informed decision as to whether this case will proceed to trial.

6. The parties agree that it is premature to establish a final status conference at this time.

7. Attorney Vincent Bongiorni has reviewed the above document and agreed to the above listed terms and conditions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney

_____
Vincent Bongiorni, Esq.
Counsel for Francisco Torres