UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.       )<br>)<br>)<br>FRANCISCO TORRES,      )<br>       Defendant   ) | Criminal No. 04-30048-MAP |

INTERIM SCHEDULING ORDER
December 8, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.   A final status conference will be held on February 7, 2005, at 2:00 p.m. in Courtroom III.

2.   On or before the close of business, February 4, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                                /s/   Kenneth P. Neiman
                                                                KENNETH P. NEIMAN
                                                                 U.S. Magistrate Judge