UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30048-MAP |
| ) | |
| FRANCISCO TORRES, ) | |
|     Defendant ) | |

INTERIM STATUS REPORT
December 8, 2004

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for February 7, 2005. The probation office is in the process of compiling a presentence report.

3. The parties -- and the court -- have agreed and determined that as of today no time has run on the Speedy Trial Clock through January 28, 2004. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge