UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )       Criminal No. 04-30048-MAP
                                )
                                )
        v.                      )
                                )
                                )
FRANCISCO TORRES,               )
        Defendant.              )


              STATUS REPORT PURSUANT TO LOCAL RULE 116.5(C)

     The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Vincent Bongiorni, defense counsel for Francisco Torres, hereby submit the following status report pursuant to Local Rule 116.5.  The above parties are unable to complete a final status report in this case in light of the pending pre-plea Presentence Report.

     1.   There are no outstanding discovery matters at this time.

     2.   The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

     3.   The parties do not anticipate additional discovery as the result of future receipt of information.

     4.   The defendant does not intend to raise a defense of insanity or public authority.

     5.   The government has requested notice of alibi by the

**1**

defendant and there have been no responses by the defendant.

6.   The defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro.

The parties respectfully request a further status date pending completion of the Presentence Report.

>                     Respectfully submitted,
>
>                     MICHAEL J. SULLIVAN
>                     United States Attorney
>
>
>                     S/ Paul Hart Smyth
>                     PAUL HART SMYTH
>                     Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden,  ss.                           Springfield, Massachusetts
                                        January 30, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the above document, by fascimile transmission on February 4, 2005, to Attorney Vincent Bongiorni.

                                        S/ Paul Hart Smyth
                                        Paul Hart Smyth
                                        Assistant U.S. Attorney


                                        _____
                                        VINCENT BONGIORNI, ESQ.
                                        Counsel for Francisco Torres