UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | Criminal No. 04-30048-MAP |
| ) | |
| ) | |
| FRANCISCO TORRES,   ) | |
| Defendant ) | |

FINAL STATUS REPORT
February 8, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference this day and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A change of plea is likely. The probation office is presently preparing a presentence report. An initial pretrial conference has been scheduled for March 8, 2005 at 2:30 p.m. in Courtroom I.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties report and the court finds that no time will have run on the Speedy Trial clock as of March 8, 2005. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

  /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:04-cr-30048-MAP    Document 26    Filed 02/08/2005    Page 2 of 2