FILE COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Date Filed In Ct.: 3-1-05

UNITED STATES OF AMERICA )
)
vs. )
) Criminal No. 04-30048-MAP
)
FRANCISCO TORRES )
)

## MOTION TO RESCHEDULE PRETRIAL CONFERENCE DATE

Now comes the defendant in the above entitled matter and moves this Honorable Court to continue the original pretrial conference date from March 8, 2005 to a date after March 25, 2005 and asserts as his basis, therefore, counsel has a planned vacation out of the country from March 8th through March 15th and will be unavailable.

Counsel for defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has expressed no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq. United States District Court, 1550 Main Street, Springfield, MA. 01103 this ____ day of March, 2005.

_____
Vincent A. Bongiorni