UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.  ) | No. 04-30048-MAP |
| ) | |
| FRANCISCO TORRES ) | |

### DEFENDANT, FRANCISCO TORRES' MOTION FOR DOWNWARD DEPARTURE

Now comes the Defendant, Francisco Torres, by and through counsel, and moves this Honorable Court for a downward departure to an offense level ten or less under the United States Sentencing Commission Guidelines, and as his legal basis therefore asserts the following:

A departure from the Guidelines is warranted in that the offense conduct of this Defendant was not within the heartland of convictions under similar charges when viewed under a totality of the circumstances. *United States v. Rivera*, 944 F2d 942 (lst Cir. 1993). See also *United States v. Fulton*, 960 F.Supp. 479 (D.Mass 1997).

A departure from the Guidelines is warranted pursuant to U.S.S.G. 5C1.1.(c) and 5G.

A departure from the Guidelines is warranted pursuant to U.S.S.G. 4A 1.3(b)(1) in that the defendant's criminal history substantially over represents the seriousness of the defendant's criminal history and the likelihood the defendant will commit other crimes.

A departure from the Guidelines is warranted in that the defendant has made extraordinary post arrest rehabilitation effort. U.S.S.G. Sec. 1B1.1, *United States v. Craven*, 239 F3rd (91 (2001).

The Defendant offers to establish at an evidentiary hearing all of the factual basis which entitles him to the relief sought including, but not limited to, the contents of the Pre-Sentence

Report, Affidavits, Reports of Examination, and written proffers. Leave is expressly sought to supplement and amend the within and foregoing motion by the filing of additional exhibits hereto and further and more concise basis therefore, and for the filing of a supplemental Memorandum of Law in Support thereof in order to preserve the rights of the Defendant, and more properly focus the Court's attention as to those issues raised in this motion.

                    Respectfully submitted,

                    THE DEFENDANT
                    FRANCISCO TORRES

                    By:_____
                    Vincent A. Bongiorni, Esq.
                    BBO #049040
                    95 State Street, Ste 309
                    Springfield, MA  01103
                    Tel. (413) 739-2112

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 7th day of March, 2005.

_____
Vincent A. Bongiorni