UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
            v.           ) CR NO. 04-30048-MAP
                         )
FRANCISCO TORRES         )

SCHEDULING ORDER

March 30, 2005

PONSOR, D.J.

Counsel for both parties appeared before this court on March 29, 2005 for a status conference. The defendant has filed objections to the draft pre-sentence report and also a Motion for Downward Departure, raising the issue of the court's scope of discretion at sentencing. Based on counsel's representations, the court orders that the government submit its written response to the defendant's submissions no later than April 29, 2005.

Counsel will appear again for argument and conference on the issues raised by both sides on May 2, 2005 at 2:00 p.m.

It is So Ordered.

/s/ Michael A. Ponsor

MICHAEL A. PONSOR
United States District Judge