

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Kenneth P. Neiman, U.S. Magistrate Judge |
| **From:** | Toland Gladden, U.S. Pretrial Services Officer, District of Massachusetts |
| **Re:** | TORRES, FRANCISCO<br>Dkt #04-30048-MAP |

**Date:** April 25, 2005

On May 6, 2004, Francisco Torres was named in an a complaint, 04-MJ646-01, charging him with Possess a Firearm With an Obliterated Serial Number; Distribute a Controlled Substance; Distribute a Controlled Substance within 1000 feet of School Zone. The defendant was ordered released on a $5,000 unsecured bond with the following conditions:

1. Maintain or actively seek employment. Seek 5 jobs each week or provide proof of employment.
2. Report to Pretrial Services every Tuesday and Friday before 12:00 noon.
3. Refrain from excessive use of alcohol and any use or possession of narcotic drug and other controlled substances. Subject to random drug testing.
4. Reside with sister, Everlitas Torres, at 54 Noel Street in Springfield, MA.
5. Travel restricted to the D/MA.
6. Not to return to 116 Rowland Street in Springfield, except to gather belongings within next days.

On Friday, April 15, 2005, the above named defendant was arrest by the Springfield Police and charged with Possession of Class B, Possession of Class D, and Drug Violation near school zone. On April 20, 2005, the defendant appeared before the Springfield District Court on the above named charges. Two of the charges against him were dismissed and the other was Nolle Prosequi (see attached).

The memorandum is submitted to for informational purposes.

cc:  Paul Smyth, ASUA
     Vincent Bongiorni, Esq