UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>FRANCISCO TORRES,      )<br>    Defendant.        )<br>) | CRIMINAL NO. 04-30048-MAP |

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  The Defendant has assented to this motion to exclude the time from March 8, 2005, until May 2, 2005.  The Defendant's motions, including the Defendant's Motion for Downward Departure,  Defendant's Objection to Pre-Sentence Report -  were pending during this time period, and the time should be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).  Counsel for Defendant has also requested this Court to offer a pre-plea advisory opinion concerning the sentencing options available to the Court, and as such, the time from March 29, 2005 to May 2, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(1)(F), 18 U.S.C. §3161(h)(1)(A), and 18 U.S.C. §3161(h)(1)(J).

It is in the best interests of the Defendant, the government, and the public, to exclude the time from March 8, 2005, until the May 2, 2005, from the period withing which the

trial of this case must commence under the Speedy Trial Act.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                     By: /s/ Paul Hart Smyth
                                    _____
                                    Paul Hart Smyth
                                    Assistant U.S. Attorney

Dated: April 27, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          April 27, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                          /s/ Paul Hart Smyth
                                          Assistant U.S. Attorney