UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>FRANCISCO TORRES,   )<br>    Defendant.   )<br>) | CRIMINAL NO. 04-30048-MAP |

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  The Defendant has assented to this motion to exclude the time from May 3, 2005, until May 26, 2005.  Counsel for the Defendant has requested this time in order to review this Court's denial, on May 2, 2005, of the Defendant's Motion for Downward Departure with the Defendant.  As such, the time from May 3, 2005 to May 26, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

It is in the best interests of the Defendant, the government, and the public, to exclude the time from May 3, 2005, until the May 26, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____

                                                                  Paul Hart Smyth
                                                                  Assistant U.S. Attorney

Dated: May 25, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                   Springfield, Massachusetts
                                               May 25, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                               /s/ Paul Hart Smyth
                                               Assistant U.S. Attorney




in these circumstantces, the intereests of justice outweigh the usual interests in a speedy trial