UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) NO. 04-30048-MAP
FRANCISCO TORRES )
)

DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE

Now comes the defendant in the above entitled matter and moves this Honorable Court continue the status conference presently scheduled to Tuesday, May 31, 2005.

Counsel for defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 26th day of May, 2005.

_____
Vincent A. Bongiorni