UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED CLERK'S OFFICE
2005 JUN 28 P 3:15
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30048-MAP |
| | ) |
| FRANCISCO TORRES | ) |

### MOTION TO RESCHEDULE STATUS CONFERENCE

Now comes the defendant in the above entitled matter and moves this Honorable Court continue the status conference presently scheduled on June 29, 2005 to July 11, 2005; and asserts as his reasons, therefore, counsel requires an additional period of time to communicate with his client completely the terms of plea offers by the government.

Counsel for defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

### CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 28th day of June, 2005.

_____
Vincent A. Bongiorni