```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
        v.                     )   CRIMINAL NO. 04-30048-MAP
                               )
FRANCISCO TORRES,              )
    Defendant.                 )
                               )
```

                    JOINT MOTION FOR A CONTINUANCE

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant through Attorney Bongiorni respectfully moves this Court to continue this matter from July 11, 2005 until July 18, 2005.  Counsel for the Defendant has requested this time in order to further conference the case with the Defendant.  The government does not oppose the Defendant's request.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney



                              /s/ Vincent Bongiorni
                              _____
                              Counsel for the Defendant
```

Dated: July 8, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          July 8, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                          /s/ Paul Hart Smyth
                                          Assistant U.S. Attorney

in these circumstantces, the intereests of justice outweigh the usual interests in a speedy trial