UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 04-30048-MAP
                                )
FRANCISCO TORRES,               )
    Defendant.                  )
                                )

       THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                            (Assented to)

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  The Defendant has assented to this motion to exclude the time from July 11, 2005 through July 18, 2005. Counsel for the Defendant has requested this time in order to further discuss with the Defendant the possibility of resolving this case through a plea.  As such, the time from July, 2005 to July 18, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

    It is in the best interests of the Defendant, the government, and the public, to exclude the time from May 27, 2005, until July 11, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Paul Hart Smyth
                                    _____

```
                                        Paul Hart Smyth
                                        Assistant U.S. Attorney


Dated: July 11, 2005
```

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                              Springfield, Massachusetts
                                          July 11, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                      /s/ Paul Hart Smyth
                                      Assistant U.S. Attorney

in these circumstantces, the intereests of justice outweigh the usual interests in a speedy trial