UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )   CRIMINAL NO. 04-30048-MAP
                                )
FRANCISCO TORRES,               )
     Defendant.                 )
                                )

      THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                           (Assented to)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  The Defendant has assented to this motion to exclude the time from July 18, 2005, through November 14, 2005.

   In support of this motion the government states that on July 18, 2005 this Court scheduled the Defendant's trial for November 14, 2005.  This was the first available trial date when taking into consideration the respective schedules of counsel, the undersigned U.S. Attorney, and the Court.  The Court indicated it would accommodate the Defendant's request for an earlier trial date, but the Defendant through his counsel requested the November date.  The time should be excluded for reasons of continuity of counsel and in the best interests of justice.

   It is in the best interests of the Defendant, the government, and the public, to exclude the time from July 18, 2005, until November 14, 2005, from the period within which the

trial of this case must commence under the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Paul Hart Smyth
    _____
    Paul Hart Smyth
    Assistant U.S. Attorney

Dated: August 12, 2005

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                    Springfield, Massachusetts
                                                August 12, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                                    /s/ Paul Hart Smyth
                                                    Assistant U.S. Attorney