

# MEMORANDUM

To: Honorable Kenneth P. Neiman,
U.S. Magistrate Judge
From: Toland K. Gladden
U.S. Pretrial Services Officer
Re: Torres, Francisco
Dkt #:04-30048-MAP

Date: **November 9, 2005**

On May 6, 2004, the above-named defendant appeared before Your Honor after being named in an Complaint charging him with Possession of Firearm With an Obliterated Serial Number, Distribute a Controlled Substance, Distribute a Controlled Substance within 1000 feet of School Zone. The defendant was subsequently released on $5000.00 unsecured bond and the following conditions:

1. Maintain or actively seek employment.
2. Report to Pretrial Services every Tuesday and Friday before 12:00 noon.
3. Refrain from excessive use of alcohol and any use or possession of narcotic drugs and submit to random drug testing.
4. Reside with sister, Everlitas Torres, at 54 Noel Street in Springfield, MA.
5. Travel is restricted to the D/MA.
6. Do not to return to 116 Rowland Street in Springfield, except to gather belongings within the next few days.

On October 26, 2005 the defendant provide a urine sample for random drug testing, which was positive for marijuana. At this time, the defendant admitted to using marijuana several days ago, stating he was mad at the court system in which he is involved.

This memorandum is submitted to Your Honor for informational purposes.

TKG

cc: Paul Smyth, AUSA
Vincent Borgiorni, Esq.